**JEFFREY COHN**
ATTORNEY AT LAW
35 EAST 85TH STREET  NO. 4B
NEW YORK, NEW YORK 10028
JCOHNLAW@HOTMAIL.COM

TEL. 646-201-5202                                                                 FAX 646-304-2169

March 5, 2012

BY ECF AND HAND DELIVERY

Honorable Jack B. Weinstein

United States District Judge

Eastern District of New York

    Re:  *United States v. Nestor Ramon Caro-Chaparro,*

        01 Cr. 1059 (JBW)

Dear Judge Weinstein,

    I write to explain the enclosed documents in this envelope. Enclosed please find: 1) an additional letter (both English translation and Spanish original) from Nestor's half-brother which was not included in our prior submission; 2) a B.O.P. rating of Nestor's work since his incarceration at M.D.C., which rated his work outstanding across several categories; and 3) the Spanish language originals of the translated letters attached to our prior submission.

                                    Sincerely,

                                      Jeffrey Cohn

Copy:      A.U.S.A. Brendan King (w/enclosures)