

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLT:BGK
F. #2000R01112

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 8, 2012

By ECF

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Nestor Ramon Caro-Chaparro
            Criminal Docket No. 01-1059 (JBW)

Dear Judge Weinstein:

     The government respectfully submits this letter to confirm that the sentencing for the Nester Ramon Caro-Chaparro has been adjourned to April 18, 2012 at 10:45 a.m.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

              By:     /s/
                    Brendan G. King
                    Assistant U.S. Attorney
                    (718) 254-6006

cc:  Clerk of Courts (JBW)
     Jeffrey Cohn, Esq. (via ECF)